# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ABDULLAH-HANEEF: IBN-SADIIKA, REAL PARTY IN INTEREST AND IN BEHALF OF ENS LEGIS: ABDULLAH HANEEF IBN-SADIKA, | : No. 538 WAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.